

**LANE POWELL**
ATTORNEYS & COUNSELORS

HEIDI C. ANDERSON
206.223.2550
andersonh@lanepowell.com

August 24, 2012

The Honorable Karen A. Overstreet
U.S. Bankruptcy Court
U.S. Courthouse
700 Stewart Street, Rm 7216
Seattle, WA 98101

Re: In re Peter J. Meyer and Sharee l. Meyer; Case No. 10-23914-KAO
Meyer v. U.S. Bank National Association, et al.; Adv. No. 12-01630-KAO

Dear Judge Overstreet:

This firm and the undersigned represent Defendants Secured Asset Securities Corporation Mortgage Pass-through Certificates, 2006-GE1 ("U.S. Bank") and America's Servicing Company, a division of Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage ("ASC") (collectively, "Defendants") in the above-referenced adversary proceeding. The adversary proceeding is assigned to the Court's Marysville hearing calendar. Defendants intend to a file a motion to dismiss, and the earliest available Marysville hearing date is September 26, 2012. Our office has a conflict with this date and we respectfully request the Court allow Defendants to schedule hearing on the motion to dismiss on Friday, September 28, 2012 in Seattle, which is the Court's closest available Seattle calendar hearing date.

I have contacted Plaintiff's counsel and confirmed he has no objection to the hearing on Defendants' motion to dismiss being held in Seattle on **Friday, September 28, 2012 at 9:30 a.m.**

Thank you for your consideration.

Sincerely,

LANE POWELL PC

Heidi C. Anderson

:tms
cc: Client
    Richard Llewelyn Jones
105727.1335/5469324.1

www.lanepowell.com    A PROFESSIONAL CORPORATION    LAW OFFICES
T. 206.223.7000    1420 FIFTH AVENUE, SUITE 4100    ANCHORAGE, AK . OLYMPIA, WA
F. 206.223.7107    SEATTLE, WASHINGTON    PORTLAND, OR . SEATTLE, WA
                      98101-2338    LONDON, ENGLAND